

ABRAMS INSTITUTE FOR FREEDOM OF EXPRESSION

# Yale Law School

November 4, 2020

**VIA ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re    *Goodman v. Department of Defense*
            1:20-cv-8349

Dear Judge Liman,

    Enclosed, please find law student intern appearance forms for four Yale Law School students, James Fitch, Annie Himes, Nicole Ng, and Brandon Willmore. We respectfully request your approval of these appearances so that the students may participate in this matter as co-counsel for plaintiff. Thank you.

                                              Respectfully submitted,

                                              By:  /s/ *David A. Schulz*
                                              David A. Schulz, Supervising Attorney
                                              Michael Linhorst, Supervising Attorney
                                              James Fitch, Law Student Intern
                                              Media Freedom & Information Access Clinic

                                              Annie Himes, Law Student Intern
                                              Nicole Ng, Law Student Intern
                                              Brandon Willmore, Law Student Intern
                                              Harold Hongju Koh, Supervising Attorney
                                              Peter Gruber Rule of Law Clinic