**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

November 4, 2020

BY ECF

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *Ryan Goodman v. U.S. Dep't of Defense*,
            No. 20-cv-8349 (LJL)

Dear Judge Liman:

    This Office represents the United States Department of Defense ("Defendant" or "Agency") in connection with the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"). During the initial pretrial conference, held earlier today, Your Honor requested that this Office inform the Court, on or before November 13, 2020, whether the Agency will grant Plaintiff's request for a fee waiver pursuant to 5 U.S.C. § 522(a)(4)(A)(iii) and 32 C.F.R. § 286.12(1). I write respectfully to inform the Court that the Agency has agreed to waive Plaintiff's fees.

    I thank the Court for its attention to this matter.

                            Respectfully,

                            AUDREY STRAUSS
                            Acting United States Attorney
                            Southern District of New York

                            By:   /s/ Ilan Stein
                            ILAN STEIN
                            Assistant United States Attorney
                            86 Chambers Street, Third Floor
                            New York, New York 10007
                            Tel.: (212) 637-2525
                            E-mail: ilan.stein@usdoj.gov