# U.S. Armed Forces, Civilian Employees, and Contractor Employees Deployed to Afghanistan, Iraq, and Syria in Support of Operation INHERENT RESOLVE and Operation FREEDOM'S SENTINEL



June 2018

Report to Congress
In Accordance With Section 1267 of the
National Defense Authorization Act for Fiscal Year 2018
(P.L. 115-91)

> The estimated cost of this report for the Department of Defense is approximately $50,000 for the Fiscal Year 2018. This includes $100 in expenses and $50,000 in DoD labor.
>
> Generated on Jun 8, 2018   RefID: 3-74604BF

*This is the first report under section 1267 of the National Defense Authorization Act (NDAA) for Fiscal Year (FY) 2018 (Public Law 115-91). This report includes the total number of DoD deployed military, civilian, and contractor personnel, including local and third country national contractor employees, deployed to Afghanistan, Iraq, and Syria as of March 1, 2018, in support of Operations INHERENT RESOLVE (OIR) and FREEDOM'S SENTINEL (OFS). It also includes three months of projections as of March 1 (for April 1, 2018, May 1, 2018, and June 1, 2018). This report was prepared in coordination with the U.S. Central Command, the Military Departments, the Joint Staff, and the Office of the Secretary of Defense. This report replaces the reports previously provided under section 1224 of the NDAA for FY 2016 (Public Law 114-02), and under House Report 111-230, which accompanied H. R. 3326, Department of Defense Appropriations Bill, 2010. A classified annex accompanies this report. Section 1267(d) purports to require that certain information be submitted in unclassified form. Because some of that information is properly classified to protect foreign relations and national security interests of the United States, the information is presented in the classified annex and is subject to the established understanding that the committees will afford it appropriate protection from unauthorized disclosure.*

**Number of DoD Military, Civilian, and Contractor Personnel**

| Personnel | OIR | | OFS |
|---|---|---|---|
| | Iraq | Syria | Afghanistan |
| | As of March 1, 2018 | | |
| Military* | 5,200 | 1,700 | 14,000 |
| Civilian | 162 | 9 | 826 |
| Contractor | Contractor Personnel | | |
| US Citizens | 2,748 | 44 | 10,657 |
| Local Nationals | 710 | 0 | 6,527 |
| Third Country Nationals | 1,727 | 0 | 9,623 |

\* The above figures exclude certain military personnel deployed for sensitive missions, as detailed in the classified annex.

**Functions Performed by Deployed Personnel**

OIR:

*Military personnel* deployed in support of OIR are performing a train, advise, and assist mission to develop Iraqi Army Forces (IAF), Syrian Democratic Forces (SDF), and counterterrorism operations to defeat al-Qaida and the self-proclaimed Islamic State in Iraq and Syria, and to protect the U.S. homeland, U.S. interests overseas, and U.S. allies and partners. They also perform military missions to support U.S., coalition, and IAF and SDF operations, including aerial and ground fires; sustainment; intelligence, surveillance, and reconnaissance; aerial lift; and medical evacuation.

*DoD Civilians* deployed in support of OIR include personnel who serve in positions performing staff functions related to their skills, who serve as advisors to the Government of Iraq, or who are deployed to perform the missions of their combat support agencies such as the Defense Intelligence Agency (DIA), the Defense Logistics Agency (DLA), the Defense Contract Management Agency (DCMA), the Office of the Assistant Secretary of the Army (Acquisition, Logistics, and Technology (ASA(ALT)), the U.S. Army Material Command (AMC), the Army Contracting Command (ACC), the Army Sustainment Command (ASC), and the Army Corps of Engineers (ACE).

*DoD Contractor personnel* deployed in support of OIR provide equipment and personnel sustainment, base management, IT/Communications support, construction services, management/administrative support, medical services, force protection, transportation, intelligence analysis, and translation/interpretation services.

OFS:

*Military personnel* deployed in support of OFS are performing a train, advise, and assist mission to develop Afghan National Security and Defense Forces (ANDSF) and counterterrorism operations to defeat al-Qaida and the self-proclaimed Islamic State in Iraq and Syria-Khorasan,

and to protect the U.S. homeland, U.S. interests overseas, and U.S. allies and partners. In performing these missions, military personnel advise the Afghan Ministries of Defense and Interior as well as the ANDSF to develop their capacity to perform key functions such as campaign planning, sustainment, resource management, human resources management, and intelligence. They also perform military missions to support U.S., coalition, and Afghan forces' operations, including aerial and ground fires; sustainment; intelligence, surveillance, and reconnaissance; aerial lift; and medical evacuation.

***DoD Civilians*** deployed in support of OFS include personnel who serve in the U.S. Forces–Afghanistan and Resolute Support positions, performing staff functions related to their skills, who serve as advisors to the Afghan Ministries of Defense, Interior and the ANDSF, or who are deployed to perform the missions of their combat support agencies or other organizations such as DIA, DLA, DCMA, ASA(ALT), AMC, ACC, ASC, and ACE.

***DoD Contractor personnel*** deployed in support of OFS perform functions similar to those performed in support of OIR.

*Please see the classified annex for detailed information on the number of deployed personnel; projected personnel totals through June 1, 2018; limitations on the number of personnel; the number of DoD military personnel that are not subject to such limitations; and a description of military functions that are not subject to these limitations.*

~~SECRET~~

# U.S. Armed Forces, Civilian Employees, and Contractor Employees Deployed to Afghanistan, Iraq, and Syria in Support of Operation INHERENT RESOLVE and Operation FREEDOM'S SENTINEL Classified Annex



June 2018

Report to Congress
In Accordance With Section 1267 of the
National Defense Authorization Act for Fiscal Year 2018
(P.L. 115-91)

> The estimated cost of this report for the Department of Defense is approximately $50,000 for the Fiscal Year 2018. This includes $100 in expenses and $50,000 in DoD labor.
>
> Generated on Jun 8, 2018      RefID: 3-74604BF

Derived From: Multiple Sources
Declassify On: June 1, 2038

~~SECRET~~

*(U) This the classified annex to the first report under section 1267 of the National Defense Authorization Act for Fiscal Year 2018, Public Law (115-91).*

Derived From: Multiple Sources
Declassify On: June 1, 2038

2

~~SECRET~~

SECRET

## (S) Number of Deployed DoD Military Personnel

| Personnel | OIR | | OFS |
|---|---|---|---|
| | Iraq | Syria | Afghanistan |
| | March 1, 2018 | | |
| **Active Component** | **Active Component** | | |
| U.S. Army | (b) (1) (A), (b) (1) (D) | | |
| U.S. Air Force | | | |
| U.S. Navy | | | |
| U.S. Marine Corps | | | |
| **Reserve Component** | **Reserve Component** | | |
| U.S. Army | (b) (1) (A), (b) (1) (D) | | |
| U.S. Air Force | | | |
| U.S. Navy | | | |
| U.S. Marine Corps | | | |
| **National Guard** | **National Guard** | | |
| Army National Guard | (b) (1) (A), (b) (1) (D) | | |
| Air National Guard | | | |
| **Baseline** | | | |
| **Temporarily Enabling Forces (TEF)**[1] | | | |
| **Total Military** | | | |

(S) This table is classified SECRET except for the row labeled "Baseline," which is unclassified.

---

[1] (U) TEF conduct relief-in-place/transfer of authority, temporary duty, and short-duration missions. The number of TEF personnel is classified.

Derived From: Multiple Sources
Declassify On: June 1, 2038

SECRET

(S) Projected Personnel Total through June 1, 2018. As-of March 1, 2018

| Personnel | OIR | | | | | |
|---|---|---|---|---|---|---|
| | Iraq | Syria | Iraq | Syria | Iraq | Syria |
| | April 1, 2018 | | May 1, 2018 | | June 1, 2018 | |
| **Active Component** | **Active Component Personnel** | | | | | |
| U.S. Army | (b) (1) (A), (b) (1) (D) | | | | | |
| U.S. Air Force | | | | | | |
| U.S. Navy | | | | | | |
| U.S. Marine Corps | | | | | | |
| **Reserve Component** | **Reserve Component Personnel** | | | | | |
| U.S. Army | (b) (1) (A), (b) (1) (D) | | | | | |
| U.S. Air Force | | | | | | |
| U.S. Navy | | | | | | |
| U.S. Marine Corps | | | | | | |
| **National Guard** | **National Guard Personnel** | | | | | |
| Army National Guard | (b) (1) (A), (b) (1) (D) | | | | | |
| Air National Guard | | | | | | |
| **Baseline** | | | | | | |
| TEF | | | | | | |
| **Total Military** | | | | | | |
| Civilian | **Civilian Personnel** | | | | | |
| | (b) (1) (A), (b) (1) (D) | | | | | |
| **Contractor** | **Contractor Personnel** | | | | | |
| U.S. Citizens | (b) (1) (A), (b) (1) (D) | | | | | |
| Local Nationals | | | | | | |
| Third Country Nationals | | | | | | |

(S) This table is classified SECRET.

Derived From: Multiple Sources
Declassify On: June 1, 2038

~~SECRET~~

| Personnel | OFS | | |
| --- | --- | --- | --- |
| | Afghanistan | | |
| | April 1, 2018 | May 1, 2018 | June 1, 2018 |
| **Active Component** | Active Component Personnel | | |
| U.S. Army | (b) (1) (A), (b) (1) (D) | | |
| U.S. Air Force | | | |
| U.S. Navy | | | |
| U.S. Marine Corps | | | |
| **Reserve Component** | Reserve Component Personnel | | |
| U.S. Army | (b) (1) (A), (b) (1) (D) | | |
| U.S. Air Force | | | |
| U.S. Navy | | | |
| U.S. Marine Corps | | | |
| **National Guard** | National Guard Personnel | | |
| Army National Guard | (b) (1) (A), (b) (1) (D) | | |
| Air National Guard | | | |
| **Baseline** | | | |
| TEF | | | |
| **Total Military** | | | |
| **Civilian** | Civilian Personnel | | |
| | (b) (1) (A), (b) (1) (D) | | |
| **Contractor** | Contractor Personnel | | |
| U.S. Citizens | (b) (1) (A), (b) (1) (D) | | |
| Local Nationals | | | |
| Third Country Nationals | | | |

(S) This table is classified ~~SECRET~~.

Derived From: Multiple Sources
Declassify On: June 1, 2038

SECRET

### (S) Limitations on the Number of Personnel

(S) The President has delegated to the Secretary of Defense the authority to set force levels in Iraq, Syria, and Afghanistan. The Secretary has determined that force levels required to accomplish the Department's mission are (b) (1) (A), (b) (1) (D) ▮▮▮▮▮ The OIR force levels do not include TEF conducting relief-in-place/transfer of authority, temporary duty, and short-duration missions. (b) (1) (A), (b) (1) (D) ▮▮▮▮▮

### (S) Number of Military Personnel that are not Subject to the Limitations and Their Functions

(S) TEF personnel in Iraq, Syria, and Afghanistan and (b) (1) (A), (b) (1) (D) ▮▮▮▮▮ that are designated as Operationally Sensitive Forces are not subject to the above addressed limitations. There are also 97 military personnel in Iraq not subject to these limitations, because they are under Department of State Chief of Mission authority, performing Security Cooperation functions.

Derived From: Multiple Sources
Declassify On: June 1, 2038