# U.S. Armed Forces, Civilian Employees, and Contractor Personnel Deployed to Afghanistan, Iraq, and Syria in Support of Operation INHERENT RESOLVE and Operation FREEDOM'S SENTINEL



As of November 2020

Report to Congress
In Accordance With Section 1267 of the
National Defense Authorization Act for Fiscal Year 2018
(P.L. 115-91)

> The estimated cost of this report for the Department of Defense is approximately $48,000 in Fiscal Years 2020-2021. This includes $100 in expenses and $48,000 in DoD labor.
>
> Generated on December 1, 2020   RefID: D-BA54F45

*This is the eleventh report provided pursuant to Section 1267 of the National Defense Authorization Act (NDAA) for Fiscal Year (FY) 2018 (Public Law 115-91). This report includes the total number of Department of Defense (DoD) military, civilian, and contractor personnel, including local and third country national contractor employees, deployed to Afghanistan, Iraq, and Syria, in support of Operations INHERENT RESOLVE (OIR) and FREEDOM'S SENTINEL (OFS) as of September 1, 2020. Additional personnel in other locations support both OIR and OFS simulataneously as part of their duties. Such personnel are not counted in this report.*

*A classified annex accompanies this report. Section 1267(d) requires that any classified report be accompanied by an unclassified summary that includes specifically requested information. As some of the information that is required to be reported is properly classified to protect the foreign relations and national security interests of the United States, a complete, detailed report of all required information is presented in the classified annex. The classified annex includes precise numbers of DoD military, civilian, and contractor personnel deployed to Iraq, Syria, and Afghanistan for September 1, 2020, October 1, 2020, and November 1, 2020, as well as projected numbers for December 1, 2020.*

*This report was prepared in coordination with U.S. Central Command, the Military Departments, the Joint Staff, and the Office of the Secretary of Defense. This report replaces the reports previously provided under Section 1224 of the NDAA for FY 2016 (Public Law 114-02), and in response to House Report 111-230, which accompanied H. R. 3326, the Department of Defense Appropriations Bill, 2010.*

**Number of DoD Military, Civilian Employees, and Contractors**

| Personnel | OIR | | OFS |
|---|---|---|---|
| | Iraq | Syria | Afghanistan |
| | As of September 1, 2020 | | |
| Military | Approx. 5,200 | Approx. 900 | Approx. 8,600 |
| Civilian | Approx. 100 | Approx. 10 | Approx. 500 |
| Contractor | Contractor Personnel | | |
| U.S. Citizens | 2,304 | 94 | 7,461 |
| Local Nationals | 739 | 0 | 1,846 |
| Third Country Nationals | 2,019 | 0 | 9,032 |

**Functions Performed by Deployed Personnel**

**Operation INHERENT RESOLVE:**

*Military personnel* perform a train, advise, and assist mission to develop Iraqi Security Forces (ISF) and vetted Syrian opposition forces, including the Syrian Democratic Forces (SDF), and conduct counterterrorism operations to defeat al-Qaida and the Islamic State of Iraq and Syria (ISIS) and to protect the U.S. homeland, U.S. interests overseas, and U.S. allies and partners. They also perform military missions to support U.S., coalition, and partner operations, including: aerial and ground fires; sustainment; intelligence, surveillance, and reconnaissance; aerial lift; and medical evacuation. As of the date of submission of this report, DoD continues to implement the President's direction to draw down U.S. forces from Syria and sustain a small residual force presence in eastern Syria to continue to further these objectives.

*DoD civilians* serve in positions that perform staff functions related to their skills; serve as advisors to the Government of Iraq; and perform the missions of their combat support agencies such as the Defense Intelligence Agency, the Defense Logistics Agency, the Defense Contract Management Agency, the Office of the Assistant Secretary of the Army (Acquisition, Logistics, and Technology), the U.S. Army Materiel Command, including the Army Contracting Command and the Army Sustainment Command, and the U.S. Army Corps of Engineers.

*DoD contractor personnel* provide equipment and personnel sustainment, base management, IT/communications support, construction services, management/administrative support, medical services, force protection, transportation, intelligence analysis, and translation/interpretation services.

**Operation FREEDOM'S SENTINEL:**

*Military personnel* deployed in support of OFS are performing two missions: providing training, advice, and assistance to develop the capabilities and capacity of the Afghan National Defense and Security Forces (ANDSF) (including the Afghan National Army (ANA) and the Afghan National Police (ANP)) and the Ministries of Defense (MoD) and Interior (MoI) as part of the NATO-led Resolute Support mission; and conducting counterterrorism operations to defeat al-Qa'ida and the Islamic State of Iraq and Syria-Khorasan. These missions support the U.S. vital national interest of preventing Afghanistan from becoming a safe-haven from which terrorist groups can plan and execute attacks against the U.S. homeland, U.S. citizens, and our interests and allies abroad. Our ultimate goal in Afghanistan is a negotiated political settlement between the Afghan Government and the Taliban. In performing these missions, military personnel advise the MoD, the MoI, and the ANDSF on key functions such as campaign planning, sustainment, resource management, human resources management, and intelligence; administer the Afghanistan Seurity Forces Fund; and advise the ANA, ANP, Afghan Special Security Forces, and the Afghan Air Force and Special Mission Wing. They also perform military missions to support U.S., coalition, and Afghan forces' operations. These include aerial and ground fires; sustainment; intelligence, surveillance, and reconnaissance; aerial lift; force protection; and medical evacuation.

*DoD civilians* deployed in support of OFS include personnel who serve in U.S. Forces–Afghanistan and Resolute Support positions performing staff functions related to their skills; who serve as advisors to the MoD, the MoI, and the ANDSF; or who are deployed to perform the missions of their combat support agencies or other organizations, such as the Defense Intelligence Agency, the Defense Logistics Agency, the Defense Contract Management Agency, the Office of the Assistant Secretary of the Army (Acquisition, Logistics, and Technology), the U.S. Army Materiel Command, including the Army Contracting Command and the Army Sustainment Command, and the U.S. Army Corps of Engineers.

*DoD contractor personnel* provide equipment and personnel sustainment, base management, IT/communications support, construction services, management/administrative support, medical services, force protection, transportation, intelligence analysis, translation/interpretation services, and training and advising of the MoD, MoI, and ANDSF.

*Please see the classified annex for additional detailed information on the precise and projected numbers of deployed personnel through December 1, 2020.*

# U.S. Armed Forces, Civilian Employees, and Contractor Personnel Deployed to Afghanistan, Iraq, and Syria in Support of Operation INHERENT RESOLVE and Operation FREEDOM'S SENTINEL Classified Annex



As of November 2020

Report to Congress
In Accordance With Section 1267 of the
National Defense Authorization Act for Fiscal Year 2018
(P.L. 115-91)

> The estimated cost of this report for the Department of Defense is approximately $48,000 in Fiscal Years 2020-2021. This includes $100 in expenses and $48,000 in DoD labor.
>
> Generated on December 1, 2020   RefID: D-BA54F45

Derived From: Multiple Sources
Declassify On: December 1, 2040

*(S//NF)* This is the classified annex to the eleventh report submitted under Section 1267 of the National Defense Authorization Act for Fiscal Year 2018, Public Law 115-91, covering precise numbers of U.S. forces deployed to Iraq, Syria, and Afghanistan in support of Operations INHERENT RESOLVE (OIR) and FREEDOM's SENTINEL (OFS) as of September 1, 2020, October 1, 2020, and November 1, 2020, with projected numbers for December 1, 2020.

Derived From: Multiple Sources
Declassify On: December 1, 2040

(S) **Number of Deployed DoD Military Personnel**

| Personnel | OIR | | OFS |
|---|---|---|---|
| | Iraq | Syria | Afghanistan |
| | September 1, 2020 | | |
| **Active Component** | Active Component | | |
| U.S. Army | (b) (1) (A), (b) (1) (D) | | |
| U.S. Air Force | | | |
| U.S. Navy | | | |
| U.S. Marine Corps | | | |
| **Reserve Component** | Reserve Component | | |
| U.S. Army | (b) (1) (A), (b) (1) (D) | | |
| U.S. Air Force | | | |
| U.S. Navy | | | |
| U.S. Marine Corps | | | |
| **National Guard** | National Guard | | |
| Army National Guard | (b) (1) (A), (b) (1) (D) | | |
| Air National Guard | | | |
| **Baseline** | | | |
| Temporarily Enabling Forces (TEF)[2] | | | |
| OFS Rear Detachments[3] | | | |
| Operationally Sensitive Forces[4] | | | |
| State Department Support[5] | | | |
| **Total Military** | | | |

(S//NF) This table is classified SECRET//NOFORN.

---

[1] (S) (b) (1) (A), (b) (1) (D)
[2] (S) TEFs conduct relief-in-place/transfer of authority, temporary duty, and short-duration missions not routinely required to support core mission.
[3] (S) (b) (1) (A), (b) (1) (D)
[4] (S) (b) (1) (A), (b) (1) (D)
[5] (S) Bagdad Embassy Complex (BEC) security augmentation forces & Office of Security Cooperation-Iraq (OSC-I) personnel are not subject to baseline, but counted in Total Military.

Derived From: Multiple Sources
Declassify On: December 1, 2040

~~SECRET//NOFORN~~

-(S) Personnel Totals for October 1, 2020 and November 1, 2020, and Projected totals for December 1, 2020

| Personnel | OIR | | | | | |
|---|---|---|---|---|---|---|
| | Iraq | Syria | Iraq | Syria | Iraq | Syria |
| | Oct 1, 2020 | | Nov 1, 2020 | | Dec 1, 2020 | |
| **Active Component** | **Active Component Personnel** | | | | | |
| U.S. Army | (b) (1) (A); (b) (1) (D) | | | | | |
| U.S. Air Force | | | | | | |
| U.S. Navy | | | | | | |
| U.S. Marine Corps | | | | | | |
| **Reserve Component** | **Reserve Component Personnel** | | | | | |
| U.S. Army | (b) (1) (A); (b) (1) (D) | | | | | |
| U.S. Air Force | | | | | | |
| U.S. Navy | | | | | | |
| U.S. Marine Corps | | | | | | |
| **National Guard** | **National Guard Personnel** | | | | | |
| Army National Guard | (b) (1) (A); (b) (1) (D) | | | | | |
| Air National Guard | | | | | | |
| Baseline[6] | | | | | | |
| TEF | | | | | | |
| JTF 94-7 | | | | | | |
| State Dept. Support | | | | | | |
| Total Military[7] | | | | | | |
| **Civilian** | **Civilian Personnel** | | | | | (b) (1) (A); (b) (1) (D) |
| | 70 | 17 | 76 | 12 | | |
| **Contractor** | **Contractor Personnel** | | | | | |
| U.S. Citizens | 2,472 | 86 | 2,193 | 69 | (b) (1) (A); (b) (1) (D) | |
| Local Nationals | 636 | 0 | 729 | 0 | | |
| Third Country Nationals | 1,632 | 0 | 1,545 | 0 | | |

(S//NF) This table is classified ~~SECRET//NOFORN~~.

---

[6] (S) (b) (1) (A); (b) (1) (D)

[7] (S) (b) (1) (A); (b) (1) (D)

Derived From: Multiple Sources
Declassify On: December 1, 2040

SECRET//NOFORN

(S) Personnel Totals for October 1, 2020 and November 1, 2020, and Projected totals for December 1, 2020

| Personnel | OFS Afghanistan | | |
| --- | --- | --- | --- |
| | Oct 1, 2020 | Nov 1, 2020 | Dec 1, 2020 |
| **Active Component** | Active Component Personnel | | |
| U.S. Army | (b) (1) (A), (b) (1) (D) | | |
| U.S. Air Force | | | |
| U.S. Navy | | | |
| U.S. Marine Corps | | | |
| **Reserve Component** | Reserve Component Personnel | | |
| U.S. Army | (b) (1) (A), (b) (1) (D) | | |
| U.S. Air Force | | | |
| U.S. Navy | | | |
| U.S. Marine Corps | | | |
| **National Guard** | National Guard Personnel | | |
| Army National Guard | (b) (1) (A), (b) (1) (D) | | |
| Air National Guard | | | |
| **Baseline** | | | |
| TEF | | | |
| **OFS Rear Detachments**[8] | | | |
| **Operationally Sensitive Forces** | | | |
| **Total Military** | | | |
| **Civilian** | Civilian Personnel | | (b) (1) (A), (b) (1) (D) |
| | 499 | 492 | |
| **Contractor** | Contractor Personnel | | (b) (1) (A), (b) (1) (D) |
| U.S. Citizens | 7,856 | 6,518 | |
| Local Nationals | 5,067 | 4,627 | |
| Third Country Nationals | 9,639 | 7,730 | |

(S//NF) This table is classified SECRET//NOFORN.

---

[8] (S) (b) (1) (A), (b) (1) (D)

Derived From: Multiple Sources
Declassify On: December 1, 2040

5
SECRET//NOFORN

SECRET//NOFORN

### (S) Limitations on the Number of Personnel

(S) The President has delegated to the Secretary of Defense the authority to set baseline force levels in Iraq, Syria, and Afghanistan. As of the date of submission of this report, the Department continues to implement the President's direction to optimize U.S. forces in Afghanistan in compliance with the U.S.-Taliban agreement signed on February 29, 2020, and to draw down U.S. forces from Syria and sustain a small residual force presence in eastern Syria to continue the campaign against ISIS. [(b) (1) (A), (b) (1) (D) — redacted]

### (S) Number of Military Personnel That Are Not Subject to the Limitations and Their Functions

(S) TEF personnel conduct relief-in-place/transfer of authority, temporary duty, and short-duration missions not routinely required to support core mission, and approximately [(b) (1) (A) — redacted] that are designated as Operationally Sensitive Forces are not subject to the "boots on the ground" limitations. As of November 1, 2020, there are 32 military personnel in Iraq not subject to the above limitations set by the Secretary because they are under Department of State Chief of Mission authority performing Security Cooperation functions and 164 military personnel augmenting Baghdad Embassy Compound (BEC) security. These forces also do not count against established limitations.

(S) DoD personnel outside Afghanistan, Iraq, and Syria whose duties include, in whole or in part, supporting OIR and OFS are not subject to any limitations on force levels in those countries. As noted in the unclassified portion of the report, personnel providing such global support are not counted in this report because it is not feasible to identify numbers of personnel whose duties are solely to support OIR or OFS.

Derived From: Multiple Sources
Declassify On: December 1, 2040

SECRET//NOFORN