

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

―――――――――――――――――――――――

86 Chambers Street, 3rd Floor
New York, New York 10007

January 21, 2021

BY ECF

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

> Upon the consent of the parties, the Government's motion for summary judgment is DISMISSED without prejudice to renewal upon the Government's filing of a letter requesting that it be renewed. The Clerk of Court is respectfully directed to close the pending motion at Dkt. No. 32. SO ORDERED. 1/22/2021
>
> SO ORDERED.
> *[signature]*
> LEWIS J. LIMAN
> United States District Judge

Re:  *Ryan Goodman v. U.S. Dep't of Defense*,
     No. 20-cv-8349 (LJL)

Dear Judge Liman:

    On behalf of both parties to this Freedom of Information Act action, we write respectfully to inform the Court that the parties consent to the Court's proposal to dismiss the Government's pending motion for summary judgment without prejudice to its renewal upon the Government's filing of a letter requesting that it be renewed.

    We thank the Court for its attention to this matter.

Respectfully,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By:   /s/ Ilan Stein
ILAN STEIN
SARAH NORMAND
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2525/2709
E-mail: ilan.stein@usdoj.gov
        sarah.normand@usdoj.gov